No. —, original. EX PARTE JAMES A. LOVVORN. March 4, 1940. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. PENNSYLVANIA *v.* NEW JERSEY ET AL. Argued February 26, 1940. Order entered March 4, 1940. Motion for leave to file a bill of complaint granted and process ordered to issue returnable March 25 next. *Mr. Wm. A. Schnader,* with whom *Mr. Claude T. Reno,* Attorney General of Pennsylvania, was on the brief, for the complainant. *Mr. John W. Ockford,* Assistant Attorney General of New Jersey, for the State of New Jersey; and *Mr. Egbert Rosecrans,* with whom *Mr. Robert B. Meyner* was on the brief, for Bessie Colburn et al., defendants.